# ELECTRONIC RECORD

COA # 11-12-00313-CR          OFFENSE: DWI

STYLE: **Esperanza Esquivel v. The State of Texas**          COUNTY: Midland

COA DISPOSITION: AFFIRMED          TRIAL COURT: 385th District Court

DATE: 01/15/15          Publish: NO          TC CASE #: CR39984

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Esperanza Esquivel v. The State of Texas**          CCA #: **PD-0177-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _04/22/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**